JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| BONNIE S. R., <br>     Plaintiff, <br> v. <br> MICHELLE KING, Acting Commissioner of Social Security, <br>     Defendant. | No. 2:24-cv-00899-BFM <br><br> **JUDGMENT** |

Pursuant to the Court's Memorandum Opinion and Order,

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is **REVERSED** and this matter **REMANDED**, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings consistent with the Court's Memorandum Opinion and Order filed contemporaneously with the filing of this Judgment.

DATED: January 30, 2025

                                      BRIANNA FULLER MIRCHEFF
                                      UNITED STATES MAGISTRATE JUDGE